# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

December 7, 2005

Befor

**Hon.** FRANK H. EASTERBROOK, Circuit Judge

**Hon.** ILANA DIAMOND ROVNER, Circuit Judge

**Hon.** DIANE S. SYKES, Circuit Judge

| | |
|---|---|
| LISA DUNN,<br>　　*Plaintiff-Appellant*,<br><br>**No.** 05-1277　　　　　**v.**<br><br>WASHINGTON COUNTY HOSPITAL and THOMAS J. COY,<br>　　*Defendants-Appellees*. | Appeal from the United States District Court for the Southern District of Illinois.<br><br>No. 03-262<br>William D. Stiehl,<br>*Judge*. |

## Order

The opinion of this court issued on November 17, 2005, is amended as follows:

Page 2, last paragraph, first sentence, delete the parenthetical "(and reasonable complaint by the employee)."

Page 7, replace the final paragraph of the majority opinions with:

> The judgment is affirmed except as follows: To the extent that it concerns sex discrimination under Title VII, the judgment is reversed, and the case is remanded for proceedings consistent with this opinion. To the extent that it dismisses the state-law claims, the judgment is vacated and the case is remanded for their reinstatement and resolution under the supplemental jurisdiction.